[No. 3689–1. Division One. July 25, 1977.]

HORACE H. DAVIS, *Respondent,* v. WALTER J. NIELSON, ET AL, *Appellants.*

Appeal from a judgment of the Superior Court for Island County, No. 6803, Howard A. Patrick, J., entered March 7, 1975. *Affirmed* by unpublished per curiam opinion.

[No. 1966–2. Division Two. July 25, 1977.]

THE STATE OF WASHINGTON, *Respondent,* v. ALLEN R. EATON, *Appellant.*

Appeal from a judgment of the Superior Court for Clallam County, No. 3649, Tyler C. Moffett, J., entered July 7, 1975. *Affirmed* by unpublished opinion per Reed, J., concurred in by Petrie, C.J., and Pearson, J.

[No. 2093–3. Division Three. July 25, 1977.]

THE STATE OF WASHINGTON, *Respondent,* v. ANIS EUGENE WALKER, *Appellant.*

Appeal from a judgment of the Superior Court for Chelan County, No. 5016, B. E. Kohls, J., entered June 16, 1976. *Affirmed* by unpublished opinion per Loy, J. Pro Tem., concurred in by Green and McInturff, JJ.